**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| EL HAQ MALAK BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-0499-MTS |
| | ) | |
| ST. JOSEPH COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM AND ORDER</u>

A review of the filings in this matter shows that none is properly signed.  *See Pack v. City of St. Charles*, 4:25-cv-0911-MTS, 2025 WL 2549230, at *1 (E.D. Mo. Sept. 4, 2025); *McGehee v. Synchrony Bank*, 4:25-cv-0933-MTS, 2025 WL 1993555, at *1 (E.D. Mo. July 17, 2025).  Plaintiff must "promptly" correct this error by submitting physically signed filings.  Fed. R. Civ. P. 11(a).  They must be physically signed with his true legal name.  *See Harris Est. v. City of Florissant*, 4:25-cv-0968-MTS, 2025 WL 2821262, at *1 (E.D. Mo. Oct. 3, 2025); Fed. R. Civ. P. 17(a)(1).  In addition, Plaintiff must comply with Rule 11(a) by providing his email address on his filings.  *Compare* Rule 11(a) ("The paper must state the signer's address, e-mail address, and telephone number."), *with* Doc. [1] at 50 ("Email: [email protected]").  If Plaintiff fails to comply with this Order, the Court "must" strike his filings.  Fed. R. Civ. P. 11(a).

Accordingly,

**IT IS HEREBY ORDERED** that no later than **<u>Friday</u>**, **<u>April 24, 2026</u>**, Plaintiff must comply with this Memorandum and Order by submitting physically signed copies of

his filings in his true legal name.  Plaintiff's filings must also provide his email address.

If Plaintiff fails to do so, the Court will strike Plaintiff's filings.

Dated this 15th day of April 2026.

_____

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE