**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EL HAQ MALAK BEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-0499-MTS |
| | ) | |
| ST. JOSEPH COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

Plaintiff failed to provide a signed Application to Proceed in District Court without Prepaying Fees or Costs as ordered by the Court. *See* Doc. [12] (ordering Plaintiff to submit physically signed copies of his filings in his true legal name no later than April 24, 2026). The Court therefore "must" strike his unsigned Application. *See* Fed. R. Civ. P. 11(a). Since Plaintiff has not prepaid the filing fee and has not filed a signed Application to Proceed in District Court without Prepaying Fees or Costs, the Court will dismiss this action without prejudice. *Cf.* E.D. Mo. L.R. 2.01(B) (noting that the Clerk of Court need not even accept "any pleading or document" for filing when a plaintiff has not paid the applicable statutory filing fee nor submitted an application to proceed *in forma pauperis*); *CitiMortgage, Inc. v. Hubbard*, No. 18-2782, 2019 WL 11726624, at *1 (8th Cir. May 17, 2019) (dismissing appeal where appellant neither paid the appellate filing fee nor filed a properly supported application to proceed *in forma pauperis*).

In addition, the Court has reviewed Plaintiff's Second Amended Complaint, Doc. [16], and concluded that his action is frivolous. *See Williams v. Hopkins*, 130 F.3d 333, 335 (8th Cir. 1997) (explaining that an action is frivolous where it lacks an arguable basis either in law or in fact).  The Court therefore will also dismiss his action on this alternative ground. *See Porter v. Fox*, 99 F.3d 271, 273 (8th Cir. 1996) (per curiam); *Mallard v. U.S. Dist. Ct.*, 490 U.S. 296, 307–08 (1989).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **STRIKE** Plaintiff's unsigned Application to Proceed in District Court without Prepaying Fees or Costs. Doc. [2].

An Order of Dismissal will be entered herewith.

Dated this 28th day of April 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE

- 2 -